STATE OF LOUISIANA                    NO. 19-KA-478

VERSUS                               FIFTH CIRCUIT

JOHN ELMER                           COURT OF APPEAL

                                     STATE OF LOUISIANA

Panel composed of Judges Fredericka Homberg Wicker,
Stephen J. Windhorst, and John J. Molaison, Jr.

# O R D E R

Considering the State's timely Motion to Recall Opinion pursuant to URCA Rule 2–16.3, in which the State contends that although the opinion rendered by this Court on July 31, 2020 fully complied with and exceeded the requirements of Rule 5–2 by use of initials and other means to protect the identity of a minor, and moves this Court to recall the opinion for purpose of redacting certain additional facts which could conceivably lead to identity of the victim; and further considering that this case involved matters of an unusually sensitive nature which, in this extraordinary case, provide sufficient cause for us to take extra measures to protect the identity of the victim:

**IT IS ORDERED** that the State's Motion to Recall Opinion filed August 11, 2020 is granted, and the opinion rendered by this Court on July 31, 2020 is recalled for the purpose of redacting from it certain facts which could lead to discovery of the identity of the victim; and that a superseding opinion be issued without changing the substance of the original opinion.

**IT IS FURTHER ORDERED** that the Clerk of this Court take necessary measures to recall the original opinion and substitute for it the superseding opinion bearing the same date of this order.

**IT IS FURTHER ORDERED** that the Clerk of Court for the 29th Judicial District Court take all necessary measures to recall and remove from the record the original opinion and substitute for it the superseding opinion, rendered the same date of this order.

**IT IS FURTHER ORDERED** that Westlaw / Thomson Reuters Corporation and LexisNexis recall the opinion rendered by this Court on July 31, 2020, and substitute for it this Court's superseding opinion, rendered the same date of this order.

Gretna, Louisiana, this 2nd day of September, 2020.

**SJW**
**FHW**
**JJM**